IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09 CV 53

| | |
|---|---|
| THE ESTATE OF ADAMARYS GARCIA ROMERO, ) ) ) | |
| Plaintiff ) ) | |
| V ) ) | **ORDER** |
| DAVIS & SON ORCHARD, LLC, ) ) | |
| Defendant ) | |

**THIS MATTER** is before the court on Adrienne S. Blocker's Application for Admission to Practice *Pro Hac Vice* of Rolando J. Santiago. It appearing that Rolando J. Santiago is a member in good standing with the Florida Bar and will be appearing with Adrienne s. Blocker, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Adrienne S. Blocker's Application for Admission to Practice *Pro Hac Vice* (#4) of Rolando J. Santiago is **GRANTED**, and that Rolando J. Santiago is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Adrienne S. Blocker.

Signed: February 25, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge