IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09cv53

| | |
|---|---|
| **KARLA C. ALLEN, as the Administrator of the Estate of Adamarys Garcia Romero,** )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>Vs. )<br>)<br>**DAVIS & SON ORCHARD, LLC,** )<br>)<br>**Defendant.** )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the court on the court's own motion to remove Rolando J. Santiago as counsel of record for defendant in this matter. On February 25, 2009, this court allowed Mr. Santiago's Application to Appear Pro Hac Vice. On March 12, 2009, the Clerk of this court notified Mr. Santiago that "[p]ursuant to Local Rule 83.1 you are required to Register for ECF at www.ncwd.uscourts.gov. Registrations due 3/23/09." Mr. Santiago has failed to comply with the requirements of this court or request additional time to comply within the time allowed. Mr. Santiago will be removed as an attorney of record for defendant and his permission to practice in this district rescinded in this case.

Counsel who moved for Mr. Santiago's admission, Adrienne Stacey Blocker, is advised that moving counsel must assure compliance with Local Rules and court

orders.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Rolando J. Santiago is **STRICKEN** as counsel of record for defendant in this matter and permission for Mr. Santiago to appear with Adrienne Stacey Blocker is **WITHDRAWN**.

Signed: March 24, 2009

Dennis L. Howell
United States Magistrate Judge