# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:09cv53

| | | |
|---|---|---|
| **KARLA C. ALLEN, as the**<br>**Administrator of the Estate**<br>**of Adamarys Garcia Romero,** | ) )<br>)<br>) | |
| **Plaintiff,** | ) )<br>) | **CORRECTED** |
| **Vs.** | )<br>) | **ORDER** |
| **DAVIS & SON ORCHARD, LLC,** | )<br>) | |
| **Defendant.** | )<br>) | |

**THIS MATTER** is before the court on the court's own motion to remove Rolando J. Santiago as counsel of record for defendant in this matter. On February 25, 2009, this court allowed Mr. Santiago's Application to Appear Pro Hac Vice. On March 12, 2009, the Clerk of this court notified Mr. Santiago that "[p]ursuant to Local Rule 83.1 you are required to Register for ECF at www.ncwd.uscourts.gov. Registrations due 3/23/09." Mr. Santiago has failed to comply with the requirements of this court or request additional time to comply within the time allowed. Mr. Santiago will be removed as an attorney of record for <u>plaintiff</u> and his permission to practice in this district rescinded in this case.

Counsel who moved for Mr. Santiago's admission, Adrienne Stacey Blocker, is cautioned that moving counsel must assure compliance with Local Rules and court

orders.

## ORDER

**IT IS, THEREFORE, ORDERED** that Rolando J. Santiago is **STRICKEN** as counsel of record for <u>plaintiff</u> in this matter and permission for Mr. Santiago to appear with Adrienne Stacey Blocker is **WITHDRAWN**.

Signed: March 25, 2009

Dennis L. Howell
United States Magistrate Judge