# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### 1:09cv53

| | |
|---|---|
| KARLA C. ALLEN, as the Administrator of the Estate of Adamarys Garcia Romero, | ) ) ) ) |
| Plaintiff, | ) ) |
| Vs. | ) ) ) | **AMENDED ORDER**
| DAVIS & SON ORCHARD, LLC, | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER** is before the court on plaintiff's Motion to Modify Pretrial Order and Case Management Plan and to Continue Trial Date. Plaintiff does not, however, specify what deadlines remain. Review of the pleadings reveals that all deadlines, except trial, have run at this time. Having considered plaintiff's motion and reviewed the pleadings, and with the express permission of the district court, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion to Modify Pretrial Order and Case Management Plan and to Continue Trial Date (#27) is **GRANTED,**

-1-

and the following deadlines are reset:

(1)  Trial: Reset for the first term beginning on or after June 1, 2010.

**The court notes with appreciation the report of mediation filed November 5, 2009.**

Signed: January 27, 2010

Dennis L. Howell
United States Magistrate Judge