IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:09cv53

| | |
|---|---|
| KARLA C. ALLEN, as the Administrator of the Estate of Adamarys Garcia Romero, </br></br>Plaintiff, </br></br>vs. </br></br>DAVIS & SON ORCHARD, LLC, </br></br>Defendant. | </br></br></br></br></br></br>**O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Permission to Appear Telephonically [Doc. 31].

Plaintiff's attorney, William Gilbert, was admitted to appear in this action *pro hac vice*. [Doc. 7]. In accordance with local rules, he has affiliated with local counsel, Adrienne Blocker. Counsel advises that he is unable to attend a hearing in connection with a motion for approval of a settlement for a minor and requests permission to appear telephonically. However, counsel advises that local counsel will attend the hearing. The Court therefore finds that local counsel may sufficiently attend to the hearing and the telephonic appearance of Mr. Gilbert is not required.

The Court, however, has noted some issues with the motion which counsel for the parties may wish to address prior to the hearing. The Plaintiff's complaint, and subsequent pleadings, captioned the name of the Plaintiff in the action as follows: "The Estate of Adamarys Garcia Romero, by and through its Administrator Karla C. Allen." Each of the orders entered in this matter by the Magistrate Judge properly captioned the Plaintiff as "Karla C. Allen as the Administrator of the Estate of Adamarys Garcia Romero." See, Fed.R.Civ.P. 17(a)(1)(B) ("An action must be prosecuted in the name of the real party in interest. The following may sue in their own names without joining the person for whose benefit the action is brought: ... an administrator[.]"). The Plaintiff should move to amend the caption.

The parties' Joint Motion to Approve Settlement and Dismiss Action identifies the Administrator of the Estate as Angel Samano. [Doc. 30]. There has never been a motion to substitute the administrator filed in this action and therefore no such substitution has occurred. The Plaintiff should also move to rectify this situation prior to the hearing.

In addition, due to a trial in the Bryson City Division that is set in the May 24, 2010, term that is expected to last well into the week of June 1, the Court will be unable to hear the motion in this matter in Asheville on June

2, as scheduled. For that reason the hearing will be continued to allow for the filing of the motion to amend the caption and to allow for the scheduling of this matter at a time the Court can hear it.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Permission to Appear Telephonically [Doc. 31] is hereby **DENIED** and the hearing of the pending motion is continued from the June 2, 2010, calendar of this Court in Asheville.

Signed: May 17, 2010

Martin Reidinger
United States District Judge