IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:09cv53

| | |
|---|---|
| ANGEL SAMANO LUJAN, as the Administrator of the Estate of Adamarys Garcia Romero,<br><br>Plaintiff,<br><br>vs.<br><br>DAVIS & SON ORCHARD, LLC,<br><br>Defendant. | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Substitute Party [Doc. 34].

The Court finds, for the reasons stated in the motion, that it should be granted. The caption of the action has been amended to reflect the substitution of parties.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Substitute Party [Doc. 34] is hereby **GRANTED** and Angel Samano Lujan is hereby substituted in place of Karla C. Allen as the administrator of the Estate of Adamarys Garcia Romero. The Clerk of Court is instructed to schedule this matter for hearing.

Signed: July 7, 2010

Martin Reidinger
United States District Judge